1  CHRIS BAKER, State Bar No. 181557
   cbaker@bakerlp.com
2  MIKE CURTIS, State Bar No. 252392
3  mcurtis@bakerlp.com
   BAKER CURTIS & SCHWARTZ, P.C.
4  1 California Street, Suite 1250
   San Francisco, CA 94111
5  Telephone: (415) 433-1064
6  Fax:  (415) 366-2525

7
   DAVID CRUTCHER, State Bar No. 135407
8  david@crutcherlaw.com
   790 Mission Avenue
9  San Rafael, CA  94901

10
   Attorneys for Plaintiffs
11 D.L. MARKHAM, DDS, MSD, INC. 401(K) PLAN
   and D.L. MARKHAM, DDS, MSD, INC., as plan administrator
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 | D.L. MARKHAM, DDS, MSD, INC. 401(K) | Case No. 2:21-cv-00007-TLN-KJN |
   PLAN;
17 | 1101 Maidu Drive, | **AMENDED SCHEDULING ORDER** |
   Auburn, California, 95603,
18
19 | D.L. MARKHAM, DDS, MSD, INC., as plan | Complaint Filed: January 4. 2021 |
   administrator; | Trial Date: None set |
20 1101 Maidu Drive,
   Auburn, California, 95603, on behalf of
21 themselves and others similarly situated,

22         Plaintiffs,

23              v.

24 THE VARIABLE ANNUITY LIFE
   INSURANCE COMPANY (VALIC); VALIC
25 FINANCIAL ADVISORS, INC,; VALIC
   RETIREMENT SERVICES COMPANY;
26 2929 Allen Parkway, Houston, Texas, 77019,

27         Defendants.

28

1
AMENDED SCHEDULING ORDER

1      Pursuant to the Court's February 8, 2021 Minute Order [Dkt. 13], the parties, Plaintiffs

2  D.L. MARKHAM, DDS, MSD, INC. 401(k) PLAN; 1101 Maidu Drive, Auburn, California,

3  95603, D.L. MARKHAM, DDS, MSD, INC., as plan administrator; 1101 Maidu Drive, Auburn,

4  California, 95603, on behalf of themselves and others similarly situated ("Plaintiffs") and

5  Defendants THE VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC), VALIC

6  FINANCIAL ADVISORS, INC. and VALIC RETIREMENT SERVICES COMPANY

7  (collectively "VALIC Defendants"), by and through their respective counsel, submit the

8  following Proposed Amended Scheduling Order:

9      1.  The parties shall confer as required by Federal Rule of Civil Procedure 26(f) by March

10  5, 2021.

11      2.  The parties shall complete all discovery, with the exception of expert discovery, no

12  later than 365 days from the date upon which the last answer may be filed with the Court

13  pursuant to the Federal Rules of Procedure.

14      3.    30 days after the close of discovery, Plaintiffs' counsel shall designate in writing,

15  file with the Court, and serve upon all other parties the name, address, and area of expertise of

16  each expert that Plaintiffs propose to tender at trial or in a subsequently filed motion. The

17  designation shall be accompanied by a written report prepared and signed by the witness. The

18  report shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

19      4.    60 days after the close of discovery, Defendants' counsel shall designate in writing,

20  file with the Court, and serve upon all other parties the name, address, and area of expertise of

21  each expert that Defendants propose to tender at trial or in a subsequently filed motion. The

22  designation shall be accompanied by a written report prepared and signed by the witness. The

23  report shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

24      5.    30 days after the Defendants' designation of expert witnesses, Plaintiff may

25  designate a supplemental list of expert witnesses who will express an opinion on a subject

26  covered by Defendants' expert(s). The right to designate a supplemental expert is for rebuttal

27  purposes only.

28      All experts designated are to be fully prepared at the time of designation to render an

1  informed opinion, and given their bases for their opinion, so that they will be able to give full

2  and complete testimony at any deposition taken by the opposing party. Expert discovery shall

3  close either 30 days after Defendants' designation of their experts or 30 days after Plaintiffs'

4  supplemental designation, whichever is later.

5       6.      Pursuant to Federal Rule of Civil Procedure 26(e), the parties shall exchange any

6  supplemental disclosures and responses (including expert supplemental materials) no later than

7  30 days prior to the class certification hearing date. Any supplemental disclosures and responses

8  necessary after said date will require leave of Court good cause having been shown.

9       7.      Plaintiffs shall file their motion for class certification within 60 days of the

10  supplemental expert witness designation deadline.

11      8.      The parties shall file dispositive motions no later than 60 days after receiving the

12  Court's ruling(s) on class certification.

13      9.      The parties shall file a Joint Notice of Trial Readiness no later than 30 days after

14  receiving the Court's ruling(s) on the last filed dispositive motion(s).

15

16   Dated:  February 16, 2021              McDOWELL HETHERINGTON LLP

17

18

19                                          By: */S/*_____
                                                David T. McDowell
20                                              Blaire J. Johnson
                                                Charan M. Higbee
21

22                                          Attorneys for Defendants THE VARIABLE
                                            ANNUITY LIFE INSURANCE COMPANY,
23                                          VALIC FINANCIAL ADVISORS, INC, and
                                            VALIC RETIREMENT SERVICES COMPANY

24

25

26

27

28

1    Dated:  February 16, 2021                    BAKER CURTIS & SCHWARTZ, P.C.

2

3                                                 By: */S/  Michael Curtis*

4                                                     Chris Baker
                                                      Michael Curtis
5
                                                      David F. Crutcher
6                                                     Law Office of David F. Crutcher

7                                                 Attorneys for Plaintiffs

8

9

10       **IT IS SO ORDERED.**

11

12    Dated:  February 17, 2021                   _____
                                                      Troy L. Nunley
13                                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED SCHEDULING ORDER