Case 4:22-cv-00974   Document 51   Filed on 04/15/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| D.L. MARKHAM DDS, MSD, INC. 401(K) PLAN and D.L. MARKHAM DDS, MSD, INC., as plan administrator, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC., and VALIC RETIREMENT SERVICES COMPANY, <br><br> Defendants. | § § § § § § § § § § § § § § § §   C.A. NO. 4:22-cv-00974 |

## ORDER GRANTING AGREED MOTION TO DISMISS VALIC RETIREMENT SERVICES COMPANY AND COUNT II AGAINST VALIC FINANCIAL ADVISORS, INC.

Pending before the Court is the Parties' Agreed Motion to Dismiss Defendant VALIC Retirement Services Company and Count II against VALIC Financial Advisors, Inc., without prejudice. Upon review and consideration of the Motion, the Court finds that the Motion should be, and hereby is, **GRANTED**.

It is, therefore, **ORDERED** that Defendant VALIC Retirement Services Company is **DISMISSED** from the Complaint [ECF No. 1] and this lawsuit **without prejudice**; that Count II of the Complaint is **DISMISSED** as to defendant VALIC FINANCIAL ADVISORS, Inc. **without prejudice**; and that all parties shall bear their own costs and fees with respect to this agreed dismissal.

April 15, 2022
Date

Sim Lake
United States District Judge

-1-