United States District Court
Southern District of Texas
**ENTERED**
October 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D.L. MARKHAM, DDS, MSD, INC., 401(K) PLAN and D.L. MARKHAM, DDS, MSD, INC., as plan administrator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0974 |
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC., and VALIC RETIREMENT SERVICES COMPANY, | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting VALIC's Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 5th day of October, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE