United States Courts
Southern District of Texas
FILED
January 05, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 14, 2023
Lyle W. Cayce
Clerk

No. 22-20540

---

D.L. MARKHAM DDS, MSD, INCORPORATED 401(K) PLAN; D.L. MARKHAM DDS, *MSD, Incorporated, as plan administrator*,

*Plaintiffs—Appellants*,

*versus*

VARIABLE ANNUITY LIFE INSURANCE COMPANY; VALIC FINANCIAL ADVISORS, INCORPORATED,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-974

---

Before CLEMENT, HAYNES, and OLDHAM, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jan 05, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 05, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20540    D.L. Markham v. Variable Annuity Life
                           USDC No. 4:22-CV-974

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:  Mr. Christopher D. Baker
     Mr. James Chambers
     Mr. Daniel Joseph Colbert
     Mr. David F. Crutcher
     Mr. Robert Allan Dolinko
     Mr. John Saul Edwards Jr.
     Ms. Charan M. Higbee
     Mr. Eric S. Mattson
     Mr. David T. McDowell
     Ms. Jaime Santos