**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

United States Courts
Southern District of Texas
FILED

*May 13, 2024*

Nathan Ochsner, Clerk of Court

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 13, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: D.L. Markham DDS, MSD, Incorporated 401(K) Plan, et al.
v. Variable Annuity Life Insurance Company
No. 23-1025
(Your No. 22-20540)
4:22-CV-974

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 13, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20540    D.L. Markham v. Variable Annuity Life
                            USDC No. 4:22-CV-974

Dear Mr. Ochsner,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Melissa Mattingly_
Melissa V. Mattingly, Deputy Clerk
504-310-7719